# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**VANQUISH ADVISORS LLC** and **DONALD UDERITZ,**
Appellants,

v.

**KBC FINANCIAL PRODUCTS (CAYMAN ISLANDS) LTD, VCG SPECIAL OPPORTUNITIES, FUND LP,** and **VCG SPECIAL OPPORTUNITIES MASTER FUND, LTD.,**
Appellees.

No. 4D18-2318

[May 23, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerard Joseph Curley, Jr., Judge; L.T. Case Nos. 502012CA006891-XXXX-MB and 502012CA011252XXXXMBAI.

Gary A. Woodfield of Haile, Shaw & Pfaffenberger, P.A., North Palm Beach, for appellants.

Thomas K. Cauley, Jr. and Joseph R. Dosch of Sidley Austin LLP, Chicago, Illinois, and Joshua B. Feinberg of Malvin Feinberg, P.L., Fort Lauderdale, for appellee KBC Financial Products (Cayman Islands) LTD.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***